Nancy RHODES v. John and Joan ZEEMAN, No. 146-79

April 11, 1980. Appellants having failed to file their brief within the time allowed as extended by stipulation, appellee's motion to dismiss appeal is granted.

James LEOPOLD v. THE PLYMOUTH CORPORATION, No. 422-79

April 11, 1980. Motion to dismiss appeal granted. Appeal dismissed.

Peter SCHEUERMANN and Ann-Marie Scheuermann v. Henry C. HASTINGS, No. 314-79

April 14, 1980. Appellant is given until April 25, 1980, to order trial court transcript and to pay the estimated cost thereof in full, or the appeal will be dismissed.

Francis L. MUNGER v. FARMERS COOPERATIVE FIRE ASSOCIATION OF VERMONT; John J. O'Shea; Richard L. Lussier, Marcel Lussier and Evelyn M. Lussier, No. 12-80

April 15, 1980. Appeal dismissed for lack of jurisdiction, there being no final judgment in the trial court. Bemis v. Lamb, 135 Vt. 618, 383 A.2d 614 (1978); V.R.C.P. 54(b).

STATE of Vermont v. Henry Elroy MANNING, No. 82-80

April 15, 1980. Bail having been furnished pursuant to the order of this Court dated April 9, 1980, the defendant-appellant is released forthwith pursuant to, and in accordance with, the provisions of that order.

IN RE Isaac COLBETH, No. 171-79

April 16, 1980. The parties are allowed fourteen days in which to attempt compliance with V.R.A.P. 10(d). The parties are to report back to this Court on April 23, 1980.

Shirley T. BURROUGHS v. WEST WINDSOR BOARD OF SCHOOL DIRECTORS, No. 208-79

April 16, 1980. Case to be scheduled for oral argument during the June Term, 1980. Appellee's brief shall be filed by May 16, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

Billings, J.